IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD EVANS,

        Petitioner,

v.

KEVIN RANSOME, et al.,

        Respondents.

CIVIL ACTION
NO. 21-5474

## ORDER

**AND NOW**, this 2nd day of January 2024, upon consideration of Petitioner Donald Evan's pro se Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1), Magistrate Judge Elizabeth T. Hey's Report and Recommendation (Doc. No. 33) and Petitioner's Objections to the Report and Recommendation (Doc. No. 34), and in accordance with the Opinion issued this day, it is ORDERED as follows:

1. Petitioner's Objections to the Report and Recommendation (Doc. No. 34) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 33) is **APPROVED AND ADOPTED**.

3. Petitioner's pro se Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1) is **DISMISSED** with prejudice. A certificate of appealability will not issue in this case because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

4. Petitioner is not entitled to an evidentiary hearing on his claims.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.